NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DALE O. DUNLAP,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7133

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3823, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Dale O. Dunlap moves for a 45-day extension of time, until February 2, 2012, to file the reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT

DEC 2 1 2011
_____                         /s/ Jan Horbaly
      Date                              Jan Horbaly
                                        Clerk

cc:  Kenneth M. Carpenter, Esq
     Alex P. Hontos, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK